■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. WASSON, JR., Appellant. [— NYS2d —] —Motion for reargument/reconsideration.

Upon the papers filed in support of the motion, and no papers having been filed in opposition thereto, it is ordered that the motion is granted, decision and order dated and entered March 5, 1998 (248 AD2d 763) vacated and a revised decision is handed down herewith (*see*, 266 AD2d 701).

Mercure, J. P., Crew III, Yesawich Jr. and Carpinello, JJ., concur.